**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:  In Bankruptcy:

KATHLEEN TOMA  Case No. 09-73430-SWR
  Chapter 7
  Hon. STEVEN W. RHODES

                       Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $.40 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| American Express Centurion<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 8 | $0.40 |

                                                                                          **Total: $0.40**

                                                      Respectfully Submitted,

                                                      /s/ Gene R. Kohut
                                                    21 Kercheval Avenue, Suite 285
                                                   Grosse Pointe Farms, MI 48236
                                                   Phone: (313) 886-9765
                                                   E-mail: ecftrustee@gktrustee.com
Dated: 11/08/2010                                [P47413]